```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
CHAD ALLEN RIFFLE
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>CHAD ALLEN RIFFLE<br><br>      Defendant. | Case No. 14-0228 NONE<br><br>STIPULATION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

A motion has been filed on behalf of CHAD ALLEN RIFFLE, seeking early termination of supervised release. The parties hereby stipulate that, Mr. RIFFLE having completed two and a half years of the three-year term of release, and having fulfilled all other conditions, the government will interpose no objection to early termination of supervised release.

DATED: September 22, 2020

```
/s/ James R. Homola         /s/ Grant B. Rabenn
JAMES R. HOMOLA             GRANT B. RABENN
```

| Attorney for Defendant | Assistant U.S. Attorney |
|---|---|
| CHAD ALLEN RIFFLE | |

## ORDER

Upon consideration of Defendant CHAD RIFFLE's Motion To Terminate Release, and it appearing to the Court that good cause exists for the termination as well as the concurrence of defendant's supervising probation officer, it is hereby ORDERED that the Motion to Terminate Supervised Release is granted.

IT IS SO ORDERED.

Dated:   **September 28, 2020**       _____
UNITED STATES DISTRICT JUDGE